AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Cristian Sanchez-Gil | Case Number: 20-cr-03395-WVG |
| | Payton Thea Marie Randle |
| | Defendant's Attorney |

**REGISTRATION NO.** 96154298

The Defendant:

☒ pleaded guilty to count(s)   1 and 2 Superseding Information

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 3 | Accessory After the Fact (Misdemeanor) | 1s |
| 18 USC 3 | Accessory After the Fact (Misdemeanor) | 2s |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  1-6 of Underlying Information   are   dismissed on the motion of the United States.

☒ Assessment : $5 per count

☒ See fine page    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 11, 2021
Date of Imposition of Sentence

*[signature]*

HON. William V. Gallo
UNITED STATES MAGISTRATE JUDGE

20-cr-03395-WVG

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | Cristian Sanchez-Gil | Judgment - Page **2** of 3 |
| CASE NUMBER: | 20-cr-03395-WVG | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
Count 1s and 2s To Run Concurrent BOP Time Served; Penalty Assessment $5 per count; Fine $1000

☐  Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ P.M.   on _____
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  on or before
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

20-cr-03395-WVG

AO 245S     Judgment in Criminal Case
              Sheet 5 — Criminal Monetary Penalties

Judgment — Page  3  of  3

DEFENDANT: Cristian Sanchez-Gil
CASE NUMBER: 20-cr-03395-WVG

# FINE

The defendant shall pay a fine in the amount of  $1,000.00  unto the United States of America.

This sum shall be paid      ___ immediately.
                                  [x] as follows:

Pay a fine in the amount of $1,000 through the Clerk, U. S. District Court. Payment of fine shall be forthwith. The defendant shall pay the fine within a year at the rate of $84.00 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the fine judgment at any time. Until fine has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant  does not  have the ability to pay interest. It is ordered that:

[x]  The interest requirement is waived.

___  The interest is modified as follows:

20-cr-03395-WVG